UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

EDWIN OMAR HERNANDEZ-GARCIA,    )
                                )
    Petitioner,                 )
                                )
v.                              )   Case No.: 4:13-cv-01319-LSC-SGC
                                )
ERIC HOLDER, JR., et al.,       )
                                )
    Respondents.                )

## MEMORANDUM OPINION

    This case is before the court on Respondents' Motion to Dismiss as Moot, filed April 20, 2015.  (Doc. 12).  In their motion, Respondents note that Petitioner was removed from the United States on April 9, 2015.  (Doc. 12-1).  Because Petitioner has been removed, the court can no longer provide meaningful relief.  Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003).  Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

    A separate order will be entered.

**Done this 30th day of April, 2015.**

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

173538